**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Kristine Guardino         BK NO. 22-01996 MJC

           Debtor(s)

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2004-A, Mortgage Pass-through Certificates Series 2004-A and index same on the master mailing list.

           Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
20 Oct 2022, 15:59:26, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322