United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Kristine Guardino  
    Debtor

Case No. 22-01996-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Nov 15, 2022     Form ID: ntcnfhrg     Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristine Guardino, 120 Birch Drive, Shohola, PA 18458-4123 |
| 5501418 | | Bon Secours Medical Group, PO Box 744927, Atlanta, GA 30374-4927 |
| 5501421 | + | Office of State Inspector General, PO Box 8032, Harrisburg, PA 17105-8032 |
| 5501425 | | Walker Lk Shores LOA, c/o John Stieh, Routes 6 & 209, Milford, PA 18337 |
| 5501426 | + | William B. Haggerty, 601 West Harford Street, Milford, PA 18337-1232 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5501419 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 15 2022 18:49:00 | CCS, Payment Processing Ctr, PO Box 55126, Boston, MA 02205-5126 |
| 5501420 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 15 2022 18:49:00 | CCS, Payment Processing Ctr-27, PO Box 55126, Boston, MA 02205-5126 |
| 5501422 | | Email/Text: BankruptcyMail@questdiagnostics.com | Nov 15 2022 18:49:00 | Quest Diagnostics, PO Box 740985, Cincinnati, OH 45274-0985 |
| 5505118 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2022 18:49:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5501424 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 15 2022 18:49:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5501423 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 15 2022 18:49:00 | Santander Consumer USA, 8585 N. Stemmons Fwy Ste 1100-N, Dallas, TX 75247-3822 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 2 of 2 |
| Date Rcvd: Nov 15, 2022 | Form ID: ntcnfhrg | Total Noticed: 11 |

Date: Nov 17, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association, as Trustee for the EMC Mortgage Loan Trust 2004-A, Mortgage Pass-through Certificates Series 2004-A bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vern S. Lazaroff | on behalf of Debtor 1 Kristine Guardino pabankruptcy@vernlazaroff.com r39899@notify.bestcase.com |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Kristine Guardino, | Chapter 13 |
| **Debtor 1** | Case No. 5:22−bk−01996−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 13, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 20, 2022 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 15, 2022 |

ntcnfhrg (08/21)