UNITED STATES BANKRUPTCY COURT
COMMONWEALTH OF PENNSYLVANIA
-------------------------------------------x

IN RE: KRISTINE GUARDINO

CHAPTER 13
CASE NO. 22-01996

-------------------------------------------x

## AMENDED CERTIFICATE OF SERVICE

I, Vern S. Lazaroff, Esq., hereby certify, that a copy of the Debtor's First Amended Chapter 13 Plan was served upon parties listed below, by electronic means if registered, on March 13, 2023, and if not, by mailing the same by First Class Mail on March 14, 2023.

Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Michael P. Farrington, Esq.
Attorney for U.S. Bank
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia PA 19106

William E. Craig, Esq.
Attorney for Santander Bank
Morton & Craig, LLC
110 Marter Ave. Suite 301
Moorestown, NJ 08057

Attached List of Creditors


Dated: Port Jervis, NY                                                                   /s/Vern S. Lazaroff, Esq.
      March 14, 2023                                                    Vern S. Lazaroff, Esq.

KRISTINE GUARDINO
120 BIRCH DRIVE
SHOHOLA, PA 18458

WILLIAM B. HAGGERTY
601 WEST HARFORD STREET
MILFORD, PA 18337

VERN S. LAZAROFF
VERN LAZAROFF ATTORNEY AT LAW
PO BOX 1108
143 PIKE STREET
PORT JERVIS, NY 12771

BON SECOURS MEDICAL GROUP
PO BOX 744927
ATLANTA, GA 30374-4927

CCS
PAYMENT PROCESSING CTR
PO BOX 55126
BOSTON, MA 02205-5126

CCS
PAYMENT PROCESSING CTR-27
PO BOX 55126
BOSTON, MA 02205-5126

OFFICE OF STATE INSPECTOR GENERAL
PO BOX 8032
HARRISBURG, PA 17105-9917

QUEST DIAGNOSTICS
PO BOX 740985
CINCINNATI, OH 45274-0985

SANTANDER CONSUMER USA
8585 N. STEMMONS FWY STE 1100-N
DALLAS, TX 75247

SPS
PO BOX 65250
SALT LAKE CITY, UT 84165-0250

WALKER LK SHORES LOA
C/O JOHN STIEH
ROUTES 6 & 209
MILFORD, PA 18337