# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kristine Guardino<br><br>                            Debtor(s)<br><br>U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2004-A, Mortgage Pass-through Certificates Series 2004-A, its successors and/or assigns<br>                           Movant<br>          vs.<br><br>Kristine Guardino<br><br>                            Debtor(s)<br><br>Jack N. Zaharopoulos<br><br>                    Trustee | CHAPTER 13<br><br><br><br><br>NO. 22-01996 MJC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2004-A, Mortgage Pass-through Certificates Series 2004-A, which was filed with the Court on or about November 15, 2022.

Dated: <u>April 4, 2023</u>

                                      Respectfully submitted,

                                      <u>/s/ Michael P. Farrington</u><br>
                                      Michael P. Farrington, Esq.<br>
                                        KML Law Group, P.C.<br>
                                        BNY Mellon Independence Center<br>
                                        701 Market Street, Suite 5000<br>
                                        Philadelphia, PA 19106<br>
                                        Phone: (215)-627-1322<br>
                                        mfarrington@kmllawgroup.com