UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KRISTINE GUARDINO

       Debtor(s)            CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE          CASE NO: 5-22-01996-MJC
       Movant
vs.
KRISTINE GUARDINO

       Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on October 23, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on June 28, 2023.

2. A hearing was held and an Order was entered on October 5, 2023 directing that an amended plan be filed within fourteen (14) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                      Respectfully submitted,

                      /s/   Agatha R. McHale, Esquire
                      Id:  47613
                      Attorney for Movant
                      Jack N. Zaharopoulos
                      Standing Chapter 13 Trustee
                      Suite A, 8125 Adams Drive
                      Hummelstown, PA   17036
                      Phone:  717-566-6097
                      email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KRISTINE GUARDINO

        Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

CASE NO: 5-22-01996-MJC

KRISTINE GUARDINO

        Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court  
Max Rosenn U.S. Courthouse  
Courtroom #2  
197 S. Main Street  
Wilkes Barre, PA   18701

Date:   November 16, 2023

Time:   10:00 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date:   October 23, 2023

/s/   Agatha R. McHale, Esquire  
Id:   47613  
Attorney for Trustee  
Jack N. Zaharopoulos  
Standing Chapter 13 Trustee  
Suite A, 8125 Adams Dr.  
Hummelstown, PA   17036  
Phone:   (717) 566-6097  
email: info@pamd13trustee.com

| | |
|---|---|
| IN RE: KRISTINE GUARDINO | |
| Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS CHAPTER 13 TRUSTEE | |
| Movant | CASE NO: 5-22-01996-MJC |
| vs. | |
| KRISTINE GUARDINO | |
| Respondent(s) | |

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 23, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served electronically</u>
VERN S. LAZAROFF, ESQUIRE
143 PIKE STREET
P.O. BOX 1108
PORT JERVIS, NY 12771

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by 1st Class Mail</u>
KRISTINE GUARDINO
120 BIRCH DRIVE
SHOHOLA, PA 18458

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 23, 2023

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KRISTINE GUARDINO

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

CHAPTER 13

KRISTINE GUARDINO

CASE NO: 5-22-01996-MJC

Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.