# LOCAL BANKRUPTCY FORM 9013-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

KRISTINE GUARDINO

**Debtor(s)**

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

**Plaintiff(s)/Movant(s)**

vs.

KRISTINE GUARDINO

**Defendant(s)/Respondent(s)**

CHAPTER: 13

CASE NO. 5-22-bk-01996

ADVERSARY NO. __-__-ap-_____ (if applicable)

Nature of Proceeding: MOTION TO DISMISS

Document #: 57

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

The Debtor has now filed a 4th Amended Plan, with the confirmation hearing set for 12/14/2023. This is to respectfully request that the Trustee's motion to dismiss scheduled for 11/16/2023 be continued until the date of the confirmation hearing on 12/14/2023. I have received the Trustee's consent for this continuation.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 11/15/2023

/S/ VERN LAZAROFF

Attorney for the Debtor

Name: VERN LAZAROFF

Phone Number: 845-856-5335

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for continuance, then a Motion to Continue must be filed.