UNITED STATES BANKRUPTCY COURT
COMMONWEALTH OF PENNSYLVANIA
-------------------------------------------x

IN RE: KRISTINE GUARDINO

CHAPTER 13
CASE NO. 22-01996

-------------------------------------------x

## CERTIFICATE OF SERVICE

I, Vern S. Lazaroff, Esq., hereby certify, that a copy of the Debtor's Fifth Amended Chapter 13 Plan and Amended Notice were served on the below by electronic means if registered, and if not, by mailing the same by First Class Mail, on December 26, 2023

Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Michael P. Farrington, Esq.
Attorney for U.S. Bank
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia PA 19106

William E. Craig, Esq.
Attorney for Santander Bank
Morton & Craig, LLC
110 Marter Ave. Suite 301
Moorestown, NJ 08057

Rebecca J. Price, Esq.
Attorney for Walker Lake Shore Landowners Association
Norris McLaughlin, PA
515 Hamilton Street, Ste. 502
Allentown, PA 188101

Attached List of Creditors

Dated: Port Jervis, NY
December 26, 2023

/s/Vern S. Lazaroff, Esq.
Vern S. Lazaroff, Esq.

KRISTINE GUARDINO  
120 BIRCH DRIVE  
SHOHOLA, PA 18458

WILLIAM B. HAGGERTY  
601 WEST HARFORD STREET  
MILFORD, PA 18337

VERN S. LAZAROFF  
VERN LAZAROFF ATTORNEY AT LAW  
PO BOX 1108  
143 PIKE STREET  
PORT JERVIS, NY 12771

BON SECOURS MEDICAL GROUP  
PO BOX 744927  
ATLANTA, GA 30374-4927

CCS  
PAYMENT PROCESSING CTR  
PO BOX 55126  
BOSTON, MA 02205-5126

CCS  
PAYMENT PROCESSING CTR-27  
PO BOX 55126  
BOSTON, MA 02205-5126

OFFICE OF STATE INSPECTOR GENERAL  
PO BOX 8032  
HARRISBURG, PA 17105-9917

QUEST DIAGNOSTICS  
PO BOX 740985  
CINCINNATI, OH 45274-0985

SANTANDER CONSUMER USA  
8585 N. STEMMONS FWY STE 1100-N  
DALLAS, TX 75247

SPS  
PO BOX 65250  
SALT LAKE CITY, UT 84165-0250

WALKER LK SHORES LOA  
C/O JOHN STIEH  
ROUTES 6 & 209  
MILFORD, PA 18337