UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
-------------------------------------------------------x

IN RE: KRISTINE GUARDINO

CHAPTER 13

CASE NO. 22-01996

Debtor
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Vern S. Lazaroff, Esq, hereby certify, subject to the penalties of perjury, that on the 26th day of December, 2023, I served the 5th Amended Chapter 13 Plan and Notice of Self Scheduled Hearing, by sealing copies of same in an envelope and depositing said envelope with sufficient first class postage affixed in a depository of the United States Postal Service,

following addressees

Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Michael P. Farrington, Esq.
Attorney for U.S. Bank
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia PA 19106

William E. Craig, Esq.
Attorney for Santander Bank
Morton & Craig, LLC
110 Marter Ave. Suite 301
Moorestown, NJ 08057

Rebecca J. Price, Esq.
Attorney for Walker Lake Shore Landowners Association
Norris McLaughlin, PA
515 Hamilton Street, Ste. 502
Allentown, PA 188101

Attached List of Creditors

Dated: Port Jervis, NY
December 26, 2023

/s/Vern S. Lazaroff, Esq.

KRISTINE GUARDINO
120 BIRCH DRIVE
SHOHOLA, PA 18458

WILLIAM B. HAGGERTY
601 WEST HARFORD STREET
MILFORD, PA 18337

VERN S. LAZAROFF
VERN LAZAROFF ATTORNEY AT LAW
PO BOX 1108
143 PIKE STREET
PORT JERVIS, NY 12771

BON SECOURS MEDICAL GROUP
PO BOX 744927
ATLANTA, GA 30374-4927

CCS
PAYMENT PROCESSING CTR
PO BOX 55126
BOSTON, MA 02205-5126

CCS
PAYMENT PROCESSING CTR-27
PO BOX 55126
BOSTON, MA 02205-5126

OFFICE OF STATE INSPECTOR GENERAL
PO BOX 8032
HARRISBURG, PA 17105-9917

QUEST DIAGNOSTICS
PO BOX 740985
CINCINNATI, OH 45274-0985

SANTANDER CONSUMER USA
8585 N. STEMMONS FWY STE 1100-N
DALLAS, TX 75247

SPS
PO BOX 65250
SALT LAKE CITY, UT 84165-0250

WALKER LK SHORES LOA
C/O JOHN STIEH
ROUTES 6 & 209
MILFORD, PA 18337

Rev. Feb. 22, 2019

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br>KRISTINE GUARDINO | CHAPTER: 13 |
|---|---|
| Debtor(s) | CASE NO. 5-22-01996 |

## AMENDED NOTICE

The confirmation hearing on the <u>Fifth</u> Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: <u>February 1, 2024</u>     Time: <u>10 AM</u>

Location: <u>197 South main Street, Wilkes-Barre, PA</u>

The deadline for filing objections to confirmation of the Plan is: <u>January 25, 2024</u>.

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing remotely shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: <u>December 26, 2023</u>          Filed by: <u>Vern S. Lazaroff</u>