UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KRISTINE GUARDINO : CHAPTER 13
     Debtor :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
 :
     vs. :
 :
KRISTINE GUARDINO :
     Respondent : CASE NO. 5-22-bk-01996

TRUSTEE'S OBJECTION TO FIFTH AMENDED CHAPTER 13 PLAN

     AND NOW, this 10th day of January, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1. Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

     a. Proof of Claim for Walker Lakes Shores Land Owners Association.

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

     a. Deny confirmation of debtor(s) plan.
     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

                     Respectfully submitted:

                     Jack N. Zaharopoulos
                     Standing Chapter 13 Trustee
                     8125 Adams Drive, Suite A
                     Hummelstown, PA 17036
                     (717) 566-6097

     BY: /s/Agatha R. McHale
                     Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this   10th   day of January, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vern Lazaroff, Esquire
P.O. Box 1108
Port Jervis, NY   12771

        /s/Deborah A. DePalma
        Office of Jack N. Zaharopoulos
        Standing Chapter 13 Trustee